UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY JONES, | ) | Case No.1:23-cv-00690 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| DENIS R. MCDONOUGH, | ) | |
| Secretary of United States | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# JUDGMENT

The Court filed Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: September 8, 2023

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio